■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN JIMENEZ, Appellant. [39 NYS3d 768]—Judgment, Supreme Court, Bronx County (George Villegas, J., at plea; Raymond Bruce, J., at sentencing), rendered March 19, 2015, convicting defendant of criminal possession of a controlled substance in the third degree, and sentencing him to a term of three years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of two years, with 1½ years' postrelease supervision, and otherwise affirmed.

We do not find that defendant made a valid waiver of his right to appeal, and we find the sentence excessive to the extent indicated. Concur—Friedman, J.P., Andrias, Moskowitz, Gische and Gesmer, JJ.